UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTAIN CROWDER,<br><br>  Plaintiff,<br><br>  v.<br><br>A. CASTILLO, et al.<br><br>  Defendants. | CASE NO. 1:16-cv-00851-DAD-MJS (PC)<br><br>**ORDER REGARDING PLAINTIFF'S ANSWER**<br><br>**(ECF NO. 27)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter proceeds on Plaintiff's Eighth Amendment claims against Defendants Castillo, Gonzalez, Ibarra, and Diaz. (ECF No. 15.) All Defendants filed an answer to Plaintiff's complaint on April 3, 2017. (ECF No. 23.)

On May 31, 2017, Plaintiff submitted a filing titled "Answer by Plaintiff Crowder to Defendants [sic] FAC and Demand for Jury Trial." (ECF No. 27.) It appears Plaintiff intends this filing to be a response to Defendants' answer to her first amended complaint. The filing does not contain any factual assertions or allegations not already included in Plaintiff's complaint.

The Court is unable to determine the nature or purpose of this filing. Neither the

1 | Federal Rules of Civil Procedure nor the local rules of this Court provide for a response to
2 | an answer. Moreover, there is no need to file such a response as the answer merely puts
3 | in dispute issues to be resolved in the litigation.

To the extent Plaintiff intends this document to serve as a supplement to her first amended complaint (ECF No. 12), she is advised that a complaint must be complete in itself without reference to any prior pleading. See E.D. Cal. R. 220; Comm. to Protect our Agric. Water v. Occidental Oil and Gas Corp., No. 1:15-cv-01323-DAD-JLT, 2017 WL 272215, at *32 (E.D. Cal. Jan. 20, 2017). Such miscellaneous filings not provided for in court rules will not be considered as supplementary to Plaintiff's complaint or for any other purpose.

Accordingly, the Clerk shall STRIKE "Plaintiff's "Answer by Plaintiff Crowder to Defendants [sic] FAC and Demand for Jury Trial." (ECF No. 27.)

IT IS SO ORDERED.

Dated: July 5, 2017        /s/ *Michael J. Seng*
                           UNITED STATES MAGISTRATE JUDGE